UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 04-10268-RGS |
| ) | |
| JULIO CESAR RODRIGUEZ ) | VIOLATION: |
| a/k/a Julio C. Lara, ) | 8 U.S.C. § 1326 |
| a/k/a Jose A. Pabon, ) | Illegal Re-entry of |
| a/k/a Victor Torres, ) | Deported Alien |
| Defendant. ) | |

INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 – Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about August 3, 2004, at Middletown, Massachusetts, in the District of Massachusetts,

**JULIO CESAR RODRIGUEZ,**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326 (a)(1) and (b) (2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

A TRUE BILL:

*[signature]*
FOREMAN OF THE GRAND JURY

*[signature]*
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; September 1, 2004, at  3:20 pm .

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

3:20 pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

Place of Offense:          Category No. __II__          Investigating Agency __ICE__

City __Middletown__          Related Case Information:

County __Essex__          Superseding Ind./Inf. _____   Case No. _____
Same Defendant _____   New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JULIO CESAR RODRIGUEZ__          Juvenile  [ ] Yes  [x] No

Alias Name __Julio C. Lara; Jose A. Pabon; Victor Torres__

Address _____

Birth date: __1966__   SS#: __8454__   Sex: __M__   Race: __Hispanic__   Nationality: __Dominican__

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__          Bar Number if applicable __632312__

Interpreter:  [x] Yes  [ ] No          List language and/or dialect: __Spanish__

Matter to be SEALED:  [ ] Yes  [x] No

[x] Warrant Requested       [ ] Regular Process       [ ] In Custody

**Location Status:**

Arrest Date: _____

[x] Already in Federal Custody as __detainee__ in __custody of B.I.C.E.__ .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:  [ ] Petty _____   [ ] Misdemeanor _____   [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 1, 2004          Signature of AUSA: _/s/ P.R.M._

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy** _____

**Name of Defendant**     JULIO CESAR RODRIGUEZ

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1326 | Illegal Reentry after deport by an aggravated felon | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number**  (To be filled in by deputy) _____

**Name of Defendant**    JULIO CESAR RODRIGUEZ

js45 - Illegal Reentry - Rodriguez.wpd - 3/13/02