UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10268-RGS

UNITED STATES OF AMERICA

v.

JULIO CESAR RODRIGUEZ
a/k/a Julio C. Lara
a/k/a Jose A. Pabon
a/k/a Victor Torres

### INITIAL SCHEDULING ORDER

September 8, 2004

DEIN, M.J.

The above named defendant having been arraigned before this court on Wednesday, September 8, 2004, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.  Any discovery request letters shall be sent and filed by Wednesday, October 20, 2004.  See LR 116.3(A) and (H).

B.  Any responses to discovery request letters shall be sent and filed within fourteen (14) days of receipt of the discovery request letter(s) referred to in Paragraph A immediately above, or on or before Wednesday, November 3, 2004, **whichever date shall first occur**.  See LR 116.3(A).

C.  Any and all discovery motions shall, consistent with the provisions of LR 116.3(E) through 116.3(H), be filed on or before 14 days after receipt of

the opposing party's declination to provide the requested discovery, **or** 14 days after the opposing party has received the discovery request letter and has failed to respond thereto, **whichever date shall first occur**. See LR 116.3(E) and (H).

D. Response(s) to any motions shall be filed on or before fourteen (14) days after motions have been filed consistent with the provisions of Paragraph C immediately above. See LR 116.3(I).

E. In the event that a defendant notifies the attorney for the government that the defendant intends to offer a plea of guilty, the attorney for the government shall forthwith notify this court of that fact by writing indicating the date that that notification was made to the attorney for the government.

F. **An Initial Status Conference in accordance with LR 116.5 will be held by Magistrate Judge Robert B. Collings on a date and time to be established by Judge Collings. Counsel for the respective parties shall consult with Judge Collings' session to obtain that date and time.**

G. **Unless Judge Collings otherwise directs, a joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through Local Rule 116.5(A)(7) shall be filed no less than five days prior to the initial status conference referred to in Paragraph F above.**

                                                 / s / Judith Gail Dein
                                                 Judith Gail Dein
                                                 United States Magistrate Judge