AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA

V.

**JULIO CESAR RODRIGUEZ**
a/k/a Julio C. Lara,
a/k/a Jose A. Pabon,
a/k/a Victor Torres,

SSN: 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
DOB: May 24, 1966

# WARRANT FOR ARREST

CASE NUMBER: 04-/0268 RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**JULIO CESAR RODRIGUEZ**___
Name

and bring him forthwith to the nearest magistrate to answer a(n)

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Illegal reentry into the United States, to wit, JULIO CESAR RODRIGUEZ was found in the custody of the Essex County Correctional Facility in Middletown, MA, on August 3, 2004, after having been deported from the United States, to wit, JULIO CESAR RODRIGUEZ was deported to the Dominican Republic from the United States on July 12, 1996**

in violation of Title __8__ United States Code, Section(s) ___1326___ .

_Sheila Diskes_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _____

_Operations Supervisor_
Title of Issuing Officer

_9-1-04 Boston, Ma_
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/3/04 | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JULIO CESAR RODRIGUEZ

ALIAS: Julio C. Lara; Jose A. Pabon; Victor Torres

LAST KNOWN RESIDENCE: Essex County House of Correction, Middletown, MA

LAST KNOWN EMPLOYMENT: unknown

PLACE OF BIRTH: Dominican Republic

DATE OF BIRTH: May 24, 1966

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6 ft 2 in          WEIGHT: 200 lbs

SEX: Male                  RACE: Hispanic

HAIR: Brown                EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: unknown


FBI NUMBER: 270592LAG

COMPLETE DESCRIPTION OF AUTO: unknown

INVESTIGATIVE AGENCY AND ADDRESS: Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security, JFK Federal Building, Government Center, Boston, Massachusetts