# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                         CRIMINAL NO. 2004-10268-RGS

JULIO CESAR RODRIGUEZ,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/01/2004 - Indictment returned.

9/02/2004 - Initial Appearance

9/02 - 9/08/2004 -   Filing to decision on Government's Motion for Detention.

9/08/2004 - Arraignment

9/09 - 10/06/2004 - Excluded as per L.R. 112.2(A)(2)

11/03/2004 - Conference held.

11/04 - 12/14/2004 -   Excluded as per 18 U.S.C. § 3161(h)I)(F).

Thus, as of December 14, 2004, TWENTY-SEVEN (27) non-excludable days will have occurred leaving FORTY-THREE (43) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 3, 2004.