UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )      Criminal No. 04-10268-RGS<br>)<br>JULIO CESAR RODRIGUEZ      )<br>) | |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

The government and the defendant, through his attorney, having fully reviewed discovery and discussed possible resolution of this matter short of trial, hereby report that:

1. The government has provided and made available full and open discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. At this time, the defendant does not anticipate filing any motions requiring a ruling by the District Court before trial. The defendant, however, reserves the right to file such motions.

6. The parties have discussed the possibility of an early resolution to the case and, hereby, request that this matter be sent to the District Court for the setting of a date on which the matter would be resolved through a Plea Agreement.

UNITED STATES DISTRICT COURT
DIST. OF MASS.

FILED IN OPEN COURT

DATE  12-16-04

Noreen Russo
Deputy Clerk

-1-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | JULIO CESAR RODRIGUEZ<br>By His Attorney, |
| /s/ Paul R. Moore<br>Paul R. Moore<br>Assistant U.S. Attorney<br>(617) 748-3654 | /s/ William Keefe<br>William Keefe<br>Counsel for the Defendant |

DATE:   December 16, 2004