AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

United States
v.
Julio Rodriguez

APPEARANCE

Case Number: 04-10268-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Julio Rodriguez

I certify that I am admitted to practice in this court.

Date: 12/16/4

12/16/04
Noveakase

Signature: L/T

Print Name: William Keefe       Bar Number: 556817

Address: 390 Centre Street

City: Jamaica Plain   State: MA   Zip Code: 02130

Phone Number: 617-983-9200

Fax Number: 617-983-0733