UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                           CRIMINAL NO. 04-10268-RGS

JULIO CAESAR RODRIGUEZ

# NOTICE OF HEARING

**STEARNS, DJ.**                                               **DECEMBER 29, 2004**

A CHANGE OF PLEA HEARING IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>**FRIDAY, JANUARY 14, 2005 AT 2:00 P.M.**</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                             RICHARD G. STEARNS
                                                             UNITED STATES DISTRICT JUDGE

                         BY:

                                                             /s/ Mary H. Johnson
                                                                 **Deputy Clerk**