UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          DOCKET: :04-cr-10268-RGS

JULIO CESAR RODRIGUEZ

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

Now comes the undersigned counsel of record, and respectfully requests that the Court continue the sentencing hearing presently scheduled for April 14, 2005 to a convenient date for the Court on April 25, 26, 27, or 28, or any date after May 18, 2005. As grounds therefore, the undersigned states that he needs additional time to prepare sentencing pleadings including legal arguments for downward departure. The undersigned has spoken with Assistant United States Attorney Paul R. Moore by telephone and he assents to this motion. Wherefore, the undersigned respectfully requests that the Court continue the sentencing hearing.

Respectfully submitted,
JULIO CESAR RODRIGUEZ,
By his lawyer,

4/20/5
Dated

WILLIAM KEEFE
BBO # 556817
390 Center Street
Jamaica Plain, MA 02130
Telephone: (617) 983-9200
Facsimile: (617) 983-0733