UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                               CRIMINAL NO. 04-10268-RGS

JULIO CAESAR RODRIQUEZ

# NOTICE OF APPEAL

Now comes the defendant in the above-captioned action, Julio Caesar Rodriquez, and hereby appeals to the U. S. Court of Appeals for the First Circuit the Judgment entered by the Court on June 8, 2005.

Respectfully submitted,

JULIO CAESAR RODRIQUEZ
Defendant

By:

SARAH ALLISON THORNTON
Clerk

Mary H. Johnson
Deputy Clerk