## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10268

United States of America

v.

Julio Caesar Rodriquez

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 6, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/6/05.

*[signature]*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, CLOSED, INTERP, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10268-RGS-ALL

Case title: USA v. Rodriguez

Date Filed: 09/02/2004

Assigned to: Judge Richard G. Stearns

**Defendant**

**Julio Cesar Rodriguez** (1)
*TERMINATED: 06/22/2005*
*also known as*
Julio C. Lara (1)
*TERMINATED: 06/22/2005*
*also known as*
Jose A. Pabon (1)
*TERMINATED: 06/22/2005*
*also known as*
Victor Torres (1)
*TERMINATED: 06/22/2005*

represented by **William Keefe**
R.F. Miller & Associates
362 Centre Street
Jamica Plain, MA 02130
617-522-9500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Walter H. Underhill**
Law Office of Walter H. Underhill
66 Long Wharf
4th Floor
Boston, MA 02110
617-523-5858
Fax: 617-523-7834
Email: punderhill@comcast.net
*TERMINATED: 12/16/2004*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 8:1326-ILLEGAL RE-ENTRY OF DEPORTED ALIEN (1) | 57 months to be served, with credit for time served from 8-4-04 to the present. Upon release from incarceration, deft. to be placed on Supervised Release for 3 years with Special Conditions. Special Assessment of $100 to be paid forthwith. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | |
|---|---|
| USA | represented by **Paul R. Moore**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse |

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3700
Fax: 617-748-3951
Email:
paul.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2004 | 1 | INDICTMENT as to Julio Cesar Rodriguez (1) count(s) 1. (Diskes, Sheila) (Entered: 09/02/2004) |
| 09/01/2004 | 2 | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Pretrial as to Julio Cesar Rodriguez (Diskes, Sheila) (Entered: 09/02/2004) |
| 09/01/2004 |  | Arrest Warrant Issued as to Julio Cesar Rodriguez. (Diskes, Sheila) (Entered: 09/02/2004) |
| 09/02/2004 |  | Attorney update in case as to Julio Cesar Rodriguez. Attorney Walter H. Underhill for Julio Cesar Rodriguez added. (Quinn, Thomas) (Entered: 09/03/2004) |
| 09/02/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Julio Cesar Rodriguez held on 9/2/2004; Interpreter Haucuja, AUSA Moore and Attorney Underhill for the dft.; dft. file financial affidavit and request counsel; Attorney Underhill is appointed; Govt. moves for detention and continuance; USMJ Dein orders dft. to temporary detention pending hearing on 9/8/04 @ 2:00pm. (Court Reporter D.R..) (Quinn, Thomas) |

| | | (Entered: 09/03/2004) |
|---|---|---|
| 09/03/2004 | 3 | CJA 23 Financial Affidavit by Julio Cesar Rodriguez (Russo, Noreen) (Entered: 09/03/2004) |
| 09/03/2004 | 4 | Judge Judith G. Dein : ORDER entered CJA 20 as to Julio Cesar Rodriguez : Appointment of Attorney Walter H. Underhill for Julio Cesar Rodriguez. (Russo, Noreen) (Entered: 09/03/2004) |
| 09/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment and Detention hearing as to Julio Cesar Rodriguez (1) Count 1 held on 9/8/2004; Interpreter Hadad, AUSA Moore and Attorney Underhill for the dft.; Dft pleads not guilty and will proceed with automatic discovery. USMJ Collings will set 1st status conference. Govt. calls witness #1 (Gaeta) direct exam, cross exam, dft. consents to order of detention without prejudice. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/09/2004) |
| 09/08/2004 | 5 | Judge Judith G. Dein : ORDER entered INITIAL SCHEDULING ORDER as to Julio Cesar Rodriguez. (Dambrosio, Jolyne) (Entered: 09/09/2004) |
| 09/08/2004 | 6 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Julio Cesar Rodriguez. Time excluded from 9/8/04 until 10/6/04. (Dambrosio, Jolyne) (Entered: 09/09/2004) |
| 09/08/2004 | 7 | Judge Judith G. Dein : ORDER entered MEMORANDUM AND ORDER OF DETENTION as to Julio Cesar Rodriguez. (Dambrosio, Jolyne) (Entered: 09/09/2004) |
| 09/13/2004 | 8 | Arrest Warrant Returned Executed on 9/3/04. as to Julio Cesar Rodriguez. (Flaherty, Elaine) (Entered: 09/13/2004) |
| 09/23/2004 | | Electronic NOTICE OF HEARING as to Julio Cesar |

| | | |
|---|---|---|
| | | Rodriguez Inital Status Conference set for 11/3/2004 at 11:15 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/23/2004) |
| 11/03/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Status Conference as to Julio Cesar Rodriguez held on 11/3/2004. Paul Moore for Gov't, W. Underhill for Mr. Rodriguez. Final Status Conf. set down for Thursday December 16, 2004 @ 2:30 PM. (Digital Recording) (Russo, Noreen) (Entered: 11/03/2004) |
| 11/03/2004 | 9 | Magistrate Judge Robert B. Collings : ORDER entered ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5 (c)) as to Julio Cesar Rodriguez. (Russo, Noreen) Additional attachment(s) added on 11/3/2004 (Russo, Noreen). (Entered: 11/03/2004) |
| 11/03/2004 | 10 | Magistrate Judge Robert B. Collings : ORDER entered ORDER ON EXCLUDABLE DELAY as to Julio Cesar Rodriguez Time excluded from 9/1/2004 until 9/1/2004. Time excluded from 9/2/2004 until 9/2/2004. Time excluded from 9/2/2004 until 9/8/2004. Time excluded from 9/8/2004 until 9/8/2004. Time excluded from 9/9/2004 until 10/6/2004. Time excluded from 11/3/3004 to 11/3/2004. Time excluded from 11/4/2004 to 12/14/2004. Thus, as of December 14, 2004, Twenty-Seven (27) non-excludable days will have occured leaving Forty-Three (43) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 11/03/2004) |
| 11/03/2004 | 11 | Magistrate Judge Robert B. Collings : ORDER entered REPORT AFTER Initial Status Conference Pursuant to Local Rule 116.5 (A) as to Julio Cesar Rodriguez. Final Status Conference set for 12/16/2004 @ 2:30 PM in Courtroom 14 before Robert B. Collings. |

| | | |
|---|---|---|
| | | (Russo, Noreen) (Entered: 11/03/2004) |
| 12/16/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Final Status Conference as to Julio Cesar Rodriguez held on 12/16/2004. P. Moore for Gov't, W. Keefe for Mr. Rodriguez. Mr. Keefe indicates that family Def't is paying fees. Court to send to District Court Judge. (Digital Recording) (Russo, Noreen) (Entered: 12/16/2004) |
| 12/16/2004 | 12 | Magistrate Judge Robert B. Collings : ORDER entered ORDER RETURNING CASE TO DISTRICT JUDGE FOR CHANGE OF PLEA as to Julio Cesar Rodriguez. (Russo, Noreen) (Entered: 12/20/2004) |
| 12/16/2004 | 13 | JOINT MEMORANDUM of the parties re initial status conference by Julio Cesar Rodriguez (Flaherty, Elaine) (Entered: 12/28/2004) |
| 12/16/2004 | 14 | NOTICE OF ATTORNEY APPEARANCE: William Keefe appearing for Julio Cesar Rodriguez (Flaherty, Elaine) (Entered: 12/28/2004) |
| 12/20/2004 | | Case as to Julio Cesar Rodriguez no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 12/20/2004) |
| 12/29/2004 | 15 | NOTICE OF CHANGE OF PLEA HEARING as to Julio Cesar Rodriguez entered. (Johnson, Mary) (Entered: 12/29/2004) |
| 01/14/2005 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Change of Plea Hearing as to Julio Cesar Rodriguez held on 1/14/2005. AUSA Moore present for the Govt. Atty. Keefe present for the deft. Spanish interpreter Gabriel Hadad sworn. Deft. sworn. After hearing, deft. pleads guilty (no plea agreement) to Count 1 of a one-count Indictment and guilty plea is accepted by the Court. Sentencing is scheduled for APRIL 14, 2005 AT 3:00 P.M. |

| | | |
|---|---|---|
| | | Defendant remains in Federal custody. (Court Reporter Valerie O'Hara.) (Johnson, Mary) . (Entered: 01/14/2005) |
| 01/14/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns :Plea entered by Julio Cesar Rodriguez (1) Guilty Count 1. (Court Reporter Valerie O'Hara.) (Johnson, Mary) (Entered: 01/14/2005) |
| 01/18/2005 | ●16 | Judge Richard G. Stearns : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Julio Cesar Rodriguez : Sentencing set for 4/14/2005 03:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 01/18/2005) |
| 04/12/2005 | ●17 | Assented to MOTION to Continue to 4/25/05 to continue disposition as to Julio Cesar Rodriguez. (Flaherty, Elaine) (Entered: 04/13/2005) |
| 04/21/2005 | ●18 | SENTENCING MEMORANDUM and Motion for Downward Departure by Julio Cesar Rodriguezfiled. (Flaherty, Elaine) (Entered: 04/26/2005) |
| 05/03/2005 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 17 Motion to Continue as to Julio Cesar Rodriguez (1): "sentencing is re-scheduled to JUNE 8, 2005 at 3:45 P.M." (Johnson, Mary) . (Entered: 05/03/2005) |
| 06/08/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 6/8/2005 for Julio Cesar Rodriguez (1). AUSA Moore present for the Govt. Atty. Keefe present for the deft. Gabriel Hadad, Spanish interpreter, present and sworn. Count(s) 1, 57 months to be served, with credit for time served from 8-4-04 to the present. Upon release from incarceration, deft. to be placed on Supervised Release for 3 years with Special Conditions. Special Assessment of $100 to be paid forthwith. (Court Reporter James Gibbons.) (Johnson, Mary) Modified |

| | | |
|---|---|---|
| | | on 6/9/2005 (Johnson, Mary). (Entered: 06/09/2005) |
| 06/22/2005 | 19 | Judge Richard G. Stearns : Electronic ORDER entered. JUDGMENT as to Julio Cesar Rodriguez (1), Count(s) 1, 57 months to be served, with credit for time served from 8-4-04 to the present. Upon release from incarceration, deft. to be placed on Supervised Release for 3 years with Special Conditions. Special Assessment of $100 to be paid forthwith. (Johnson, Mary) (Entered: 06/24/2005) |
| 06/22/2005 | 20 | Judge Richard G. Stearns : Electronic ORDER entered. STATEMENT OF REASONS as to Julio Cesar Rodriguez. (Johnson, Mary) (Entered: 06/24/2005) |
| 06/24/2005 | | Case Terminated as to Julio Cesar Rodriguez. (Johnson, Mary) (Entered: 06/24/2005) |
| 06/24/2005 | 21 | NOTICE OF APPEAL by Julio Cesar Rodriguez. Reason fee is not required: defendant indigent NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/14/2005. (Johnson, Mary) (Entered: 06/24/2005) |