# United States Court of Appeals
## For the First Circuit

No. 05-2012
DC No. 04-10268

UNITED STATES

Appellee

v.

JULIO CESAR RODRIGUEZ, a/k/a Julio C. Lara,
a/k/a Jose A. Pabon, a/k/a Victor Torres

Defendant - Appellant

**ORDER OF COURT**
Entered: November 18, 2005

Appellant has filed an application to proceed without prepayment of fees and affidavit, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

By the Court:

Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: Pearson  Date: 11-18-05

By: JULIE GREGG
Operations Manager

[certified copy: Hon. Richard Stearns and Sarah A. Thornton, Clerk of Court]
[cc: William J. Keefe, Esq., Paul R. Moore, Esq. and Dina Michael Chaitowitz, Esq.]