# WILLIAM KEEFE
### LAWYER

390 Centre Street
Jamaica Plain, Massachusetts 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733
E-Mail wkeefelaw@msn.com



November 16, 2005

Susan Petrazzini
United States Court of Appeals
For the First Circuit
1 Courthouse Way
Boston, MA 02210

RE:  UNITED STATES v. JULIO CESAR RODRIGUEZ
     CASE NO: 05-2012

Dear Ms. Petrazzini,

Enclosed herein please find the defendant's Motion for Leave to Appeal in Forma Pauperis and it's accompanying Affidavit.

Thank you for your attention to this matter.

Sincerely,

William Keefe

WK/mk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES

V.                                                              NO: 05-2012

JULIO CESAR RODIGUEZ

2005 NOV 16  P 2:59

FILED IN CLERK'S OFFICE

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Now comes the undersigned counsel of record on behalf of the defendant and requests leave to appeal *in forma pauperis*. Attached hereto is the defendant's Affidavit to Accompany Motion for Leave to Appeal *in Forma Pauperis*.

Respectfully submitted,
JULIO CESAR RODRIGUEZ,
By his lawyer,

11/15/05
Dated

WILLIAM KEEFE
BBO # 556817
390 Center Street
Jamaica Plain, MA 02130
Telephone: (617) 983-9200
Facsimile: (617) 983-0733

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the Defendant's Motion for Leave to Appeal in Forma Pauperis and Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis, was delivered by hand on November 16, 2005 to Paul Moore, Office of the U.S. Attorney, U.S. Courthouse, 9th fl. 1 Courthouse Way, Boston MA.

William Keefe
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733

Dated: November 16, 2005