

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2005 NOV 16 P 2: 59

FILED IN CLERK'S OFFICE

District Court No. __04cr10268__
Appeal No. __05-2012__

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: __Julio C Rodriguez__ | Date: __11/3/2005__ |

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ Not Applicable | $ | $ Not Applicable |
| Self-employment | $ 0 | $ N.A. | $ | $ N.A. |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): 0 | $ 0 | $ | $ | $ |
| Total Monthly income: | $ 0 | $ | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| I have not worked in over 4 years. | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Not Applicable | | | |

2

4. *How much cash do you and your spouse have?* $ _____0_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | $ 0 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I WAS RECENTLY MOVED FROM THE PLYMOUTH COUNTY JAIL TO U.S.P. CANAAN, I NEED MORE TIME TO PROVIDE THIS.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| | 0 | | 0 | Make & year: | 0 |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: | / | / | | / | |
| Model: / | | | | | |
| Registration#: | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Not Applicable | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| Not Applicable | | |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ Not Applicable |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ |
|    Homeowner's or renter's | $ 0 | $ |
|    Life | $ 0 | $ |
|    Health | $ 0 | $ |
|    Motor Vehicle | $ 0 | $ |
|    Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ 0 | $ |
| Installment payments | $ 0 | $ |
|    Motor Vehicle | $ 0 | $ |
|    Credit card (name): Not Applicable | $ 0 | $ |
|    Department store (name): | $ 0 | $ |
|    Other: | $ 0 | $ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ _____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ _____ |
| Other (specify):_____ | $ 0 | $ _____ |
| **Total monthly expenses:** | $ 0 | $ _____ |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☑ No          If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☑ No *

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

My family paid Attorney William Keefe money to handle the District Court case. He has not been paid to handle the Appeal.
His address is 390 Centre Street, Jamaica Plain, MA 02130

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I have been incarcerated for several years after completing a State Court prison sentence and being detained in this federal case.

5

*13. State the address of your legal residence.*

    U.S.P. CANAAN, P.O. BOX 300
    WAYMART, PA 18472

Your daytime phone number: (   )

Your age: _____     Your years of schooling: _____

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES

V.                                                                              NO: 05-10268

JULIO CESAR RODIGUEZ

### MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Now comes the undersigned counsel of record on behalf of the defendant and requests leave to appeal *in forma pauperis*. Attached hereto is the defendant's Affidavit to Accompany Motion for Leave to Appeal *in Forma Pauperis*.

Respectfully submitted,
JULIO CESAR RODRIGUEZ,
By his lawyer,

11/15/05
Dated

WILLIAM KEEFE
BBO # 556817
390 Center Street
Jamaica Plain, MA 02130
Telephone: (617) 983-9200
Facsimile: (617) 983-0733

CERTIFICATE OF SERVICE

I, WILLIAM KEEFE, hereby certify that this 15 day of NOV of 2005, I caused copies of the enclosed pleadings to be served on Paul Moore AUSA in hand/ by mail/ via courier