### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 05-2012

USDC Docket Number : 04-10268-RGS

United States of America

v.

Julio Cesar Rodriguez

---

### <u>CLERK'S SUPPLEMENTAL CERTIFICATE</u>

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 28 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 27, 2006.

Sarah A. Thornton, Clerk of Court

By:

/s/ Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05