# MANDATE

*04 - 10268*
*USDC/ MA*
*Stearns; J*

# United States Court of Appeals
## For the First Circuit

No. 05-2012

UNITED STATES,

Appellee,

v.

JULIO CESAR RODRIGUEZ,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

## JUDGMENT

Entered: June 22, 2007

Appellant pled guilty to illegal reentry into the country. In imposing a 57 month sentence, the court took into account the fact that appellant had previously been deported subsequent to conviction of an aggravated felony. See advisory United States Sentencing Guideline, § 2L1.2(b)(1)(A).

Appellant argues that the Sixth Amendment requires that prior convictions relied upon in sentencing must be charged in the indictment and admitted by the defendant or found beyond a reasonable doubt by a jury. He recognizes that this argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), see United States v. Ivery, 427 F.3d 69, 75 (1st Cir. 2005), cert. denied, 126 S. Ct. 1448 (2006), but he has preserved the claim by raising it at this time.

The government's motion for summary disposition is granted.

The judgment is affirmed. 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
    Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

$\mathcal{M}a$
Deputy Clerk

Date: 7/17/07

[cc:  Christopher R. Goddu, Esq., Dina M. Chaitowitz, AUSA]