IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE No: 04-CR-10268-RGS |
| ) | |
| JULIO CESAR-RODRIGUEZ ) | |
| ) | |
| Defendant, ) | |

MOTION PURSUANT TO RULE 36 OF THE FEDERAL RULES OF
CRIMINAL PROCEDURE TO CORRECT CLERICAL ERROR

COMES NOW, JULIO CESAR-RODRIGUEZ, defendant Pro-Se and submits his petition pursuant to Rule 36 of the Federal Rules of Criminal Procedure and prays this Honorable Court correct a Clerical Error which occurred at the time his judgment and committment Order was issued to the Federal Bureau of Prisons.

RULE 36 CLERICAL ERROR:

> After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order or other part of the record, or correct an error in the record arising from oversight or omission.
> As amended April 29, 2002, Eff. Dec. 1, 2002

Defendant has attached to its petition to the court four (4) exhibits for the court's appraisal. Exhibits #1 & #2 from the Court of Appeals for

the First Circuit show defendant's correct spelling of his name as JULIO CESAR-RODRIGUEZ. Exhibit #3 which is defendant's indictment also reflects the correct name: JULIO CESAR-RODRIGUEZ. Notwithstanding, Exhibit #4, namely defendant's judgment and Commitment Order reflects a totally different name namely Julio Caesar-RodriQuez.

Defendant argues that once he has complied with his sentence of incarceration, this error will cause him numerous problems with the Bureau of Immigration and Customs Enforcement (BICE).

## CONCLUSION

WHEREFORE, based of the foregoing facts and exhibits hereinbefore presented, defendant JULIO CESAR-RODRIGUEZ prays this Honorable Court correct this error and furthermore, require the U.S. Marshall's Service serve a New Judgment and Commitment to the Bureau of Prisons or to McRae Correctional Facility where defendant is housed under contract with the BOP.

Respectfully Submitted,

On this 2 day of January, 2008
By:

Julio Cesar-Rodriguez
Pro-Se
Reg. No: 17683-038
Mc Rae Correctional Facility
P.O. Drawer # 30
Mc Rae, GA 31055

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Motion Pursuant to Rule 36 of the Federal Rules of Criminal Procedure To Correct Clerical Error. Was mailed first class at Mr Rae Correctional Facility on January 2, 2008 to:

U.S. Attorney's Office
Dina Chaitowitz, AUSA
United States Courthouse
One Courthouse Way
Boston, Massachusetts. 02210

By:

*Julio C. Rodriguez*
Julio Cesar-Rodriguez
Reg. No: 17683-038
McRae Correctional Facility
P.O. Drawer # 30
Mc Rae, GA 31055