# United States Court of Appeals
## For the First Circuit

No. 05-2012

UNITED STATES,

Appellee,

v.

JULIO CESAR RODRIGUEZ,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 22, 2007

    Appellant pled guilty to illegal reentry into the country. In imposing a 57 month sentence, the court took into account the fact that appellant had previously been deported subsequent to conviction of an aggravated felony. <u>See</u> advisory United States Sentencing Guideline, § 2L1.2(b)(1)(A).

    Appellant argues that the Sixth Amendment requires that prior convictions relied upon in sentencing must be charged in the indictment and admitted by the defendant or found beyond a reasonable doubt by a jury. He recognizes that this argument is foreclosed by <u>Almendarez-Torres</u> v. <u>United States</u>, 523 U.S. 224 (1998), see <u>United States</u> v. <u>Ivery</u>, 427 F.3d 69, 75 (1st Cir. 2005), <u>cert. denied</u>, 126 S. Ct. 1448 (2006), but he has preserved the claim by raising it at this time.

    The government's motion for summary disposition is <u>granted</u>.

    The judgment is <u>affirmed</u>. 1st Cir. R. 27.0(c).

*Exhibit #2*

# United States Court of Appeals
## For the First Circuit

No. 05-2012

UNITED STATES
Appellee

v.

JULIO CESAR RODRIGUEZ, a/k/a Julio C. Lara,
a/k/a Jose A. Pabon, a/k/a Victor Torres
Defendant - Appellant

**ORDER OF COURT**

Entered: December 18, 2006
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of counsel's motion,

William Keefe is allowed to withdraw as counsel for the appellant. Attorney Christopher Goddu, Assistant Federal Public Defender, Appellate Division, will now represent the appellant on appeal.

The time for filing the appellant's brief is now **February 16, 2007**.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Julio Cesar Rodriguez, William J. Keefe, Esq., Christopher Goddu, Esq., Paul R. Moore, AUSA]

*Exhibit #3*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 04-10268-RGS |
| v. ) | |
| ) | VIOLATION: |
| JULIO CESAR RODRIGUEZ ) | 8 U.S.C. § 1326 |
| a/k/a Julio C. Lara, ) | Illegal Re-entry of |
| a/k/a Jose A. Pabon, ) | Deported Alien |
| a/k/a Victor Torres, ) | |
| Defendant. ) | |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 – Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about August 3, 2004, at Middletown, Massachusetts, in the District of Massachusetts,

**JULIO CESAR RODRIGUEZ,**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326 (a)(1) and (b) (2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

Exhibit #4

AO 245B Sheet 1 - Judgment in a Criminal Case - D. Massachusetts (10/01)

DOCKETED

# United States District Court
## District of Massachusetts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JULIO CAESAR RODRIQUEZ | Case Number: 1: 04CR10268-01-RGS |
| | WILLIAM KEEFE, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**
- [x] pleaded guilty to count(s): COUNT 1 OF INDICTMENT
- [ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 USC 1326 | ILLEGAL RE-ENTRY OF A DEPORTED ALIEN | 08/04/04 | 1 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00-00-00

Defendant's USM No.: 17683-038

Defendant's Residence Address:
PLYMOUTH COUNTY HOUSE OF CORRECTION, PLYMOUTH, MA

Defendant's Mailing Address:
Same as above

06/08/05
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

The Honorable Richard G. Stearns
Name and Title of Judicial Officer

Judge, U.S. District Court

Date: 6-22-05

SCANNED
DATE: 6/24/05
BY: MHJ

19