IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE No: <u>04-CR-10268-RGS</u> |
| ) | |
| JULIO CESAR-RODRIGUEZ ) | |
| ) | |
| Defendant, ) | |

## MOTION OF INQUIRY

COMES NOW, JULIO CESAR-RODRIGUEZ, defendant Pro-Se, and submits this petition entitled "<u>Motion of Inquiry</u>". On January 2, 2008, defendant mailed his petition pursuant to Fed. Ruules Criminal Procedure Rule 36. Respectfully requesting that a Clerical Error in the Judgment and Commitment Order be corrected as it will came extraordinary delay when he is transferred to BICE custody for deportation. Defedant request the status of this request.

Respectfully Submitted,

January 3, 2008
Date

Julio C. Rodriguez
Julio Cesar-Rodriguez
Defendant Pro-Se
Reg. No: 17683-038